Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

SAMUEL PATRICK WOLANYK, an individual

vs

CITY OF SAN DIEGO, a municipal entity, WILLIAM LANSDOWNE, an individual, DAVID KRIES, an individual, JODY KNISELY an individual, TROY WHITE, an individual, and DOES 1-10, inclusive.

FILED
09 OCT 14 PM 2:59
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

SUMMONS IN A CIVIL ACTION

Case No. '09 CV 2279 WQH    NLS



TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Jason A. Davis
DAVIS & ASSOCIATES
27281 Las Ramblas, Suite 200
Mission Viejo, CA 92691

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                    OCT 1 4 2009
CLERK                                     DATE

By _____SEAL/LOYD_____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)