Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2009 NOV 18  AM 10: 30
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
_____ KMK _____ DEPUTY

Samuel Patrick Wolanyk, an individual
Plaintiff
vs

City of San Diego, a municipal entity, San Diego Police Department, William Lansdowne, an individual, David Kries, an individual, Jody Knisely, an individual, Troy White, an individual, and Does 1-10, inclusive.
Defendants

~~Amended~~ SUMMONS IN A CIVIL ACTION
on First Amended Complaint

Case No. 3:09-cv-02279-WQH-NLS

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Jason A. Davis
DAVIS & ASSOCIATES
27281 Las Ramblas, Suite 200
Mission Viejo, CA 92691

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
K. HAMMERLY

NOV 1 8 2009
DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)