1
2
3
4
5
6
7
8                      **UNITED STATES DISTRICT COURT**

9                     **SOUTHERN DISTRICT OF CALIFORNIA**

10
11  SAMUEL PATRICK WOLANYK, an        )   Civil No. 09cv2279 WQH (NLS)
    individual,                       )
12                                    )   **ORDER GRANTING MOTION TO**
                      Plaintiff,      )   **EXCUSE PERSONAL ATTENDANCE**
13  v.                                )   **OF POLICE CHIEF WILLIAM**
                                      )   **LANSDOWNE AT EARLY NEUTRAL**
14  CITY OF SAN DIEGO, a municipal entity; )   **EVALUATION CONFERENCE**
    SAN DIEGO POLICE DEPARTMENT;     )
15  WILLIAM LANSDOWNE, an individual; )   [Doc. No. 10]
    DAVID KRIES, an individual; JODY  )
16  KNISELY, an individual; TROY WHITE, an )
    individual; and DOES 1-10, inclusive, )
17                                    )
                      Defendants.     )
18  ───────────────────────────────── )

19        For good cause shown, the court **GRANTS** Defendants' request that Police Chief William

20  Lansdowne be excused from personal attendance at the Early Neutral Evaluation Conference.

21        **IT IS SO ORDERED.**

22  DATED:  January 6, 2010

23
                                          _Nita L. Stormes_
24                                        ─────────────────────────
                                          Hon. Nita L. Stormes
25                                        U.S. Magistrate Judge
                                          United States District Court
26
27
28

                                          1                          09cv2279 WQH (NLS)