| *Attorney or Party without Attorney:* | | *For Court Use Only* |
|---|---|---|
| JASON A. DAVIS, ESQ., SBN: 224250<br>DAVIS & ASSOCIATES<br>27281 LAS RAMBLAS<br>#200<br>MISSION VIEJO, CA 92691<br>Telephone No: 949-310-0817 | | |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court Southern District Of California | | |
| *Plaintiff:* SAMUEL PATRICK WOLANYK, ETC. | | |
| *Defendant:* CITY OF SAN DIEGO, ETC., ET AL. | | |

| **PROOF OF SERVICE**<br>**SUMMONS** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>09-CV-02279-WQH-NLS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT, REQUEST FOR RELIEF, AND DEMAND FOR JURY TRIAL

3. a. Party served:        JODY KNISELY, AN INDIVIDUAL
   b. Person served:      LARRY J. ENGEL #7323, AUTHORIZED TO ACCEPT SERVICE

4. Address where the party was served:    1560 ORION WAY
                                          CARLSBAD, CA 92008

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Apr. 16, 2010 (2) at: 2:40PM

7. Person Who Served Papers:                           Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JESSICA WOLK                                     d. The Fee for Service was: $144.00
                                                       e. I am: Not a Registered California Process Server

   First Legal
   1111 6th Avenue, Ste. 204
   San Diego, CA 92101
   Telephone  (619) 231-9111
   Fax        (619) 231-1361
   www.firstlegalnetwork.com

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Tue, Apr. 20, 2010

                                                       (JESSICA WOLK)
                                                                            664540.davia.284058

Judicial Council Form            PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007    SUMMONS