# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL PATRICK WOLANYK, an individual,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF SAN DIEGO, a municipal entity, SAN DIEGO POLICE DEPARTMENT, WILLIAM LANSDOWNE, an individual, DAVID KRIES, an individual, JODY KNISELY, an individual, TROY WHITE, an individual, and Does 1-10, inclusive,<br><br>        Defendants. | Case No.  3:09-cv-02279-WQH-NLS<br><br>CERTIFICATE OF SERVICE<br><br><br><br><br>Courtroom 4, Fourth Floor<br>Magistrate Judge: Hon. Nita L. Stormes<br>Judge:   Hon. William Q. Hayes |

I, the undersigned, declare that I am over the age of eighteen years and not a party to this action; and that I served upon Plaintiff the following documents:

**ANSWER OF DEFENDANT POLICE OFFICER JODY KNISELY TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

in the following manner:

By electronic filing, I served each of the above referenced documents by E filing, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California; and

Jason A. Davis, Esq.
Davis & Associates
27281 Las Ramblas, Suite 200
Mission Viejo, Ca  92691
Jsndavis@gmail.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed:  May 6, 2010 at San Diego, California.

                                               */s/ Laura Arehart*
                                               LAURA AREHART