JAN I. GOLDSMITH, City Attorney
DONALD WORLEY, Assistant City Attorney
JANE M. BOARDMAN, Deputy City Attorney
California State Bar No. 241799
    Office of the City Attorney
    Civil Division
    1200 Third Avenue, Suite 1100
    San Diego, California 92101-4100
    Telephone:  (619) 533-5800
    Facsimile:   (619) 533-5856

Attorneys for Defendants
City of San Diego, et al.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL PATRICK WOLANYK, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO, a municipal entity, SAN DIEGO POLICE DEPARTMENT, WILLIAM LANSDOWNE, an individual, DAVID KRIES, an individual, JODY KNISELY, an individual, TROY WHITE, an individual, and Does 1-10, inclusive,<br><br>    Defendants. | Case No. 09-CV-02279-WQH-NLS<br><br>**JOINT MOTION TO CONTINUE EXPERT EXCHANGE DATES AND DISCOVERY CUT-OFF** |

    COMES NOW, Plaintiff SAMUEL WOLANYK, by and through is attorneys of record, JASON DAVIS, ESQ.  and all Defendants, CITY OF SAN DIEGO, SAN DIEGO POLICE DEPARTMENT, POLICE CHIEF WILLIAM LANSDOWN, SERGEANT DAVID KRIES, OFFICER JODY KNISELY, and OFFICER TROY WHITE, by and through their attorneys of record, JANE M. BOARDMAN, ESQ., and hereby submit this joint motion to continue the expert exchange dates.

/ / /

/ / /

/ / /

## I.

## THIS LAWSUIT

This is a lawsuit alleging unlawful arrest, unreasonable search and seizure and failure to properly train and supervise under section 1983.

## II.

## FACTS RELEVANT TO THIS MOTION

The expert exchange date is June 25, 2010.  The discovery cut-off is September 17, 2010. The pre-trial conference is not until February 14, 2011.

Discovery is currently being conducted.  The plaintiff and two defendants have been deposed. Additional defendants, witnesses and persons most knowledgeable have yet to be deposed. Additional written discovery also still needs to be completed. Both parties need to complete depositions and discovery in order for their experts to render a full expert opinion.

Therefore, the parties seek an extension of the first expert exchange date to July 30, 2010 and the supplemental date to August 27, 2010.

## III.

## MOTION

All parties hereby jointly move this Court for an order extending the first expert exchange date to July 30, 2010 and the supplemental date to August 27, 2010.

Dated:  June 24, 2010                             DAVIS & ASSOCIATES,

By   /s/ Jason A. Davis
JASON DAVIS, ESQ.
Counsel for Plaintiffs

Dated:  June 24, 2010                             JAN I. GOLDSMITH, City Attorney

By   /s/ Jane M. Boardman
Jane M. Boardman
Deputy City Attorney

Attorneys for Defendants
City of San Diego, et al.