JAN I. GOLDSMITH, City Attorney
DONALD WORLEY, Assistant City Attorney
JANE M. BOARDMAN, Deputy City Attorney
California State Bar No. 241799
    Office of the City Attorney
    Civil Division
    1200 Third Avenue, Suite 1100
    San Diego, California 92101-4100
    Telephone:  (619) 533-5800
    Facsimile:   (619) 533-5856

Attorneys for Defendants
City of San Diego, et al.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL PATRICK WOLANYK, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO, a municipal entity, SAN DIEGO POLICE DEPARTMENT, WILLIAM LANSDOWNE, an individual, DAVID KRIES, an individual, JODY KNISELY, an individual, TROY WHITE, an individual, and Does 1-10, inclusive,<br><br>    Defendants. | Case No. 09-CV-02279-WQH-NLS<br><br>**JOINT MOTION FOR PROTECTIVE ORDER** |

    Subject to the approval of the court, the City Attorney's Office agrees to the release of certain documents enumerated below, related to the litigation of this matter, subject to the parties stipulating to the following protective order.

    1.    The City will produce, for plaintiff, San Diego Police Department training materials generated by the San Diego Police Department referring or relating to the open carrying of firearms, the definition of "unloaded" as it is used within Penal Code section 12031(g) and training material referring or relating to making field contact with a subject carrying a firearm.

2. Defendants will produce, for plaintiff, all other documents as ordered by this Court and/or by agreement of the parties for which defendants claim a privilege subject to this protective order.

3. Plaintiff, their agents, employees, attorneys and anyone acting in concert with them and participating with them agree to not engage in nor perform any of the following:

   a. Convey, transfer, copy, publish or distribute the information ordered disclosed or developed pursuant to this protective order, nor authorize another to convey, transfer, copy, publish or distribute the information disclosed to anyone other than plaintiffs expert, consultant, investigator or client without court approval.

   b. Use the records or information disclosed, discovered or developed for any purpose other than in conjunction with the instant civil case proceedings pursuant to applicable law.

4. That Plaintiff's attorney, upon request, shall return any and all materials disclosed pursuant to this stipulation and order to Jane M. Boardman, Deputy City Attorney, 1200 Third Avenue, Suite 1100, San Diego, California, immediately upon final disposition of this case.

5. That, upon the conclusion of the case, the court shall retain jurisdiction to resolve any disputes arising out the release of any documents protected by this order.

6. That the Court has the authority to modify, at any time, the terms of this protective order on public policy grounds.

7. This protective order shall not apply to public documents or previously disclosed documents to the parties prior to the issuance of this protective order.

8. The parties shall meet and confer in a timely fashion to agree as to which document(s), or portions thereof, regarding the definition of "unloaded" shall not be subject to this protective order and may be disclosed publicly. If the parties are unable to agree regarding this issue, it shall be determined by the Court.

/ / /

/ / /

/ / /

1  SO STIPULATED.

2  Dated: June 25, 2010                    JAN I. GOLDSMITH, City Attorney

3
                                           By  /s/ Jane M. Boardman
4                                              Jane M. Boardman
                                               Deputy City Attorney
5
                                           Attorneys for Defendants
6                                          City of San Diego, et al.

7
   Dated: June 25, 2010                    DAVIS & ASSOCIATES,
8

9

10                                         By  /s/ Jason A. Davis
                                           JASON DAVIS, ESQ.
11                                         Counsel for Plaintiffs

3

09-CV-02279-WQH-NLS