UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL PATRICK WOLANYK, an individual, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SAN DIEGO, a municipal entity, SAN DIEGO POLICE DEPARTMENT, WILLIAM LANSDOWNE, an individual, DAVID KRIES, an individual, JODY KNISELY, an individual, TROY WHITE, an individual, and Does 1-10, inclusive, <br><br> Defendants. | Case No.  3:09-cv-02279-WQH-NLS <br><br> CERTIFICATE OF SERVICE <br><br><br> Courtroom 4, Fourth Floor <br> Magistrate Judge: Hon. Nita L. Stormes <br> Judge:   Hon. William Q. Hayes |

I, the undersigned, declare that I am over the age of eighteen years and not a party to this action; and that I served upon Plaintiff the following documents:

JOINT MOTION FOR PROTECTIVE ORDER

in the following manner:

By electronic filing, I served each of the above referenced documents by E filing, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California; and

Jason A. Davis, Esq.
Davis & Associates
27281 Las Ramblas, Suite 200
Mission Viejo, Ca  92691
Jsndavis@gmail.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed:  June 25, 2010 at San Diego, California.

*[signature]*
LAURA AREHART

1
CERTIFICATE OF SERVICE                                3:09-cv-02279-WQH-NLS