UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL PATRICK WOLANYK, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SAN DIEGO, a municipal entity, SAN DIEGO POLICE DEPARTMENT, WILLIAM LANSDOWNE, an individual, DAVID KRIES, an individual, JODY KNISELY, an individual, TROY WHITE, an individual, and Does 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 09-CV-02279-WQH-NLS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE EXPERT EXCHANGE DATES** |

　　　For good cause shown in the parties' joint motion, the court **GRANTS** the joint motion to continue the expert exchange dates. **IT IS HEREBY ORDERED** that the first expert exchange date shall be **July 30, 2010** and the supplemental date shall be **August 27, 2010**.

Dated: June 25, 2010

_____
Honorable Nita L. Stormes
United States Magistrate Judge