**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMUEL PATRICK WOLANYK, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SAN DIEGO, a municipal entity, SAN DIEGO POLICE DEPARTMENT, WILLIAM LANSDOWNE, an individual, DAVID KRIES, an individual, JODY KNISELY, an individual, TROY WHITE, an individual, and Does 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 09-CV-02279-WQH-NLS<br><br>**ORDER GRANTING JOINT MOTION FOR PROTECTIVE ORDER**<br><br>\*\*\*<br><br>**PROTECTIVE ORDER**<br><br>[Doc. No. 20] |

　　　　For good cause shown, the court **GRANTS** the parties' joint motion for a protective order.

　　　　Subject to the approval of the court, the City Attorney's Office agrees to the release of certain documents enumerated below, related to the litigation of this matter, subject to the parties stipulating to the following protective order.

　　　　1.　　The City will produce, for plaintiff, San Diego Police Department training materials generated by the San Diego Police Department referring or relating to the open carrying of firearms, the definition of "unloaded" as it is used within Penal Code section 12031(g) and training material referring or relating to making field contact with a subject carrying a firearm.

1	2.	Defendants will produce, for plaintiff, all other documents as ordered by this Court and/or by agreement of the parties for which defendants claim a privilege subject to this protective order.

3.	Plaintiff, their agents, employees, attorneys and anyone acting in concert with them and participating with them agree to not engage in nor perform any of the following:

    a.	Convey, transfer, copy, publish or distribute the information ordered disclosed or developed pursuant to this protective order, nor authorize another to convey, transfer, copy, publish or distribute the information disclosed to anyone other than plaintiffs expert, consultant, investigator or client without court approval.

    b.	Use the records or information disclosed, discovered or developed for any purpose other than in conjunction with the instant civil case proceedings pursuant to applicable law.

4.	That Plaintiff's attorney, upon request, shall return any and all materials disclosed pursuant to this stipulation and order to Jane M. Boardman, Deputy City Attorney, 1200 Third Avenue, Suite 1100, San Diego, California, immediately upon final disposition of this case.

5.	That, upon the conclusion of the case, the court shall retain jurisdiction to resolve any disputes arising out the release of any documents protected by this order.

6.	That the Court has the authority to modify, at any time, the terms of this protective order in the interests of justice or on public policy grounds.

7.	This protective order shall not apply to public documents or documents disclosed to the parties prior to the issuance of this protective order.

8.	The parties shall meet and confer in a timely fashion to agree as to which document(s), or portions thereof, regarding the definition of "unloaded" shall not be subject to this protective order and may be disclosed publicly. If the parties are unable to agree regarding this issue, it shall be determined by the Court.

9.	Nothing shall be filed under seal, and the court shall not be required to take any action, without separate prior order by the Judge before whom the hearing or proceeding will take place, after application by the affected party with appropriate notice to opposing counsel.

ORDER RE MOTION FOR PROTECTIVE ORDER

1    If the Court grants a party permission to file an item under seal, a duplicate disclosing all
2  non-confidential information shall be filed and made part of the public record. The item may be
3  redacted to eliminate confidential material from the document. The document shall be titled to
4  show that it corresponds to an item filed under seal, e.g., "Redacted Copy of Sealed Declaration
5  of John Smith in Support of Motion for Summary Judgment." The sealed and redacted
6  documents shall be filed simultaneously.

7    **IT IS SO ORDERED.**
8   Dated: June 30, 2010                    _____
9                                            Honorable Nita L. Stormes
                                             United States Magistrate Judge