Jason A. Davis (Calif. Bar No. 224250)
Davis & Associates
27281 Las Ramblas, Suite 200
Mission Viejo, CA 92691
Tel 949.310.0817/Fax 949.288.6894
E-Mail: Jason@CalGunLawyers.com

# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL PATRICK WOLANYK, an individual, <br><br> Plaintiff, <br> vs. <br><br> CITY OF SAN DIEGO, a municipal entity, SAN DIEGO POLICE DEPARTMENT, WILLIAM LANSDOWNE, an individual, DAVID KRIES, an individual, JODY KNISELY, an individual, TROY WHITE, an individual, and Does 1-10, inclusive, <br><br> Defendants. | Case No: 3:09-cv-02279-WQH-NLS <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and the attached Stipulated Settlement, Plaintiff Samuel Patrick Wolanyk hereby dismisses all claims made in the above-captioned action, with prejudice, against Defendants CITY OF SAN DIEGO, a municipal entity, SAN DIEGO POLICE DEPARTMENT, WILLIAM LANSDOWNE, an individual, DAVID KRIES, an individual, JODY KNISELY, an individual, TROY WHITE, an individual, and Does 1-10, inclusive.

Date: October 4, 2010                    Respectfully submitted,

                                         By:   s/ Jason Davis
                                         Jason Davis
                                         Davis & Associates
                                         Attorneys for Plaintiff